```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 07918
    JENNIFER J GRAVITT
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-8032

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/07/2005 and was confirmed 06/06/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 12/10/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG          .00            .00            .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE       2185.95            .00        2185.95
HOUSEHOLD FINANCE CORP    CURRENT MORTG          .00            .00            .00
HOUSEHOLD FINANCE CORP    MORTGAGE ARRE        900.00            .00         900.00
NELNET LOAN SERVICES      SECURED             6010.22            .00        6010.22
VILLAGE OF PARK FOREST    SECURED              300.00            .00         300.00
EMERGE MASTERCARD         UNSEC W/INTER   NOT FILED             .00            .00
GOLD KEY CREDIT           UNSEC W/INTER   NOT FILED             .00            .00
INSTANT CASH ADVANCE      UNSEC W/INTER   NOT FILED             .00            .00
NICOR GAS                 UNSEC W/INTER   NOT FILED             .00            .00
SEARS MASTER CARD         UNSEC W/INTER   NOT FILED             .00            .00
AFNI                      UNSEC W/INTER   NOT FILED             .00            .00
BP AMOCO                  UNSEC W/INTER   NOT FILED             .00            .00
CITIBANK                  UNSEC W/INTER   NOT FILED             .00            .00
CITY OF CHICAGO DEPT OF   UNSEC W/INTER        300.00          26.76         300.00
TRS RECOVERY SERVICES IN  UNSEC W/INTER   NOT FILED             .00            .00
UP TOWN CASH              UNSEC W/INTER   NOT FILED             .00            .00
VERICHECK                 UNSEC W/INTER   NOT FILED             .00            .00
ISAC                      UNSEC W/INTER       4265.53         950.05        4265.53
AT&T WIRELESS             UNSEC W/INTER       1045.85         111.27        1045.85
LS AYRES                  UNSEC W/INTER       3033.82         308.35        3033.82
BENNIE W FERNANDEZ        DEBTOR ATTY         2,700.00                      2,700.00
TOM VAUGHN                TRUSTEE                                           1,174.14
DEBTOR REFUND             REFUND                                            1,883.36

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                25,195.30

PRIORITY                                              .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 07918 JENNIFER J GRAVITT
```

```
SECURED                                                         9,396.17
UNSECURED                                                       8,645.20
    INTEREST                                                    1,396.43
ADMINISTRATIVE                                                  2,700.00
TRUSTEE COMPENSATION                                            1,174.14
DEBTOR REFUND                                                   1,883.36
                                    ---------------      ---------------
TOTALS                                    25,195.30            25,195.30
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 03/27/08                       /s/ Tom Vaughn
                                      _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE